UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

F I L E D

DEC 2 2 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

YOSHIKI FUJIMOTO,

Defendant - Appellant.

No. 05-16056

D.C. No. CV-04-00563-DAE
CR-03-00332-DAE
Hawaii
(Honolulu)

ORDER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 3 2005

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

Before: SILVERMAN and CALLAHAN, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C.

§ 2253(c)(2). All pending motions and requests are denied.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 2 2 2005

by: _____
Deputy Clerk

C:\GYC\Dec 2005 COA\05-16056(2255).wpd