

**FILED**

UNITED STATES COURT OF APPEALS

APR 21 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>YOSHIKI FUJIMOTO,<br><br>Defendant - Appellant. | No. 05-16203<br><br>D.C. Nos. CV-04-00563-DAE<br>　　　　　　CR-03-00332-DAE<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 6 2006

at 11 o'clock and 06 min. A M.
SUE BEITIA, CLERK

Before: RYMER and GRABER, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 21 2006

by: Deputy Clerk

unit name not found in path

```
Yoshiki Fujimoto
FDC HONOLULU
#89304-022
P.O. Box 30080
Honolulu, HI 96820
```

```
tsp
05-16203
```

```
Michael A. Weight, Esq.
FPDHI - FEDERAL PUBLIC DEFENDER'S OFFICE (HONOLULU)
PJKK Federal Bldg.
Suite 7104
300 Ala Moana Blvd.
Honolulu, HI 96850-5269
```

```
tsp
05-16203
```

J. Michael Seabright, Esq.
USH - OFFICE OF THE U.S. ATTORNEY
PJKK Federal Building
Suite 6-100
300 Ala Moana Blvd.
P.O. Box 50183
Honolulu, HI 96850


tsp
05-16203