AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

RECEIVED
2006 NOV 30  AM 10: 25
U.S. MARSHALS SERVICE
HONOLULU HI

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 03-00332DAE-01 |
| YOSHIKI FUJIMOTO<br>(Name and Address of Defendant) | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>DEC 0 6 2006<br>at 9 o'clock 39 min. AM<br>SUE ... CLERK |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| Before: David Alan Ezra, United States District Judge | Date and Time<br>Friday, January 5, 2007 at 9:45 a.m. |

To Answer a Probation/Supervised Release Violation Petition

Brief description of offense:

Violations of conditions of Supervised Release - Non payment of restitution; failure to follow Probation Officer's instructions.

| Sue Beitia | |
|---|---|
| Name and Title of Issuing Officer | |
| _(signature)_ | November 29, 2006 |
| Signature of Issuing Officer/Deputy Clerk | Date |

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 03-00332DAE-01
USA vs. Yoshiki Fujimoto

## RETURN OF SERVICE

Service as made by me on:[1]                              Date

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
    Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____          _____Mark M. Hanohano_____
                    Date                     Name of United States Marshal

                                             _____
                                             (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure



Home | Help

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0002 1810 8205**
Status: **Delivered**

Your item was delivered at 10:20 AM on December 1, 2006 in HONOLULU, HI 96816.

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Yoshiki Fujimoto
   1210 13th Ave
   Honolulu, HI 96816

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Y. Fujimoto

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

   7005 1820 0002 1810 8205

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7005 1820 0002 1810 8205

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Sent To  Y.Fujimoto  11/30/06  03-00332-01
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

Postmark Here

PS Form 3800, June 2002

*Sender: Please print your name, address, and ZIP+4 in this box*

RECEIVED
2006 DEC -4 PM 3: 30
U.S. MARSHALS SERVICE
HONOLULU, HI
Attn: Sharon

U.S. MARSHALS SERVICE
P.O. Box 50184
Honolulu, HI 96850

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is not available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.

PS Form 3800, June 2002 (Reverse)