# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/10/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 03-00332DAE-01 |
| CASE NAME: | United States of America vs. Yoshiki Fujimoto |
| ATTYS FOR PLA: | Lawrence Tong |
| ATTYS FOR DEFT: | Harlan Kimura |
| U.S.P.O: | Derek Kim |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 1/10/2007 | TIME: | 9:45 - 10:05 |

COURT ACTION:  Order to Show Cause Why Supervised Release Should Not Be Revoked:

Defendant present with counsel Harlan Kimura.

Defendant admitted to alleged violations 1 and 2 of supervised release

Te Court finds that this is a Grade C violation, Criminal History Category I.

The defendant addressed the Court.

The supervised release is revoked.

Imprisonment 3 months.  Supervised Release 50 months under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

Page 2
Criminal 03-00332DAE
U.S.A. vs. Yoshiki Fujimoto
January 10, 2007

4.   That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

5.   That restitution of $97,917.70 is due immediately to City Bank and $27,985.02 to Territorial Savings and Loan immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

6.   That the defendant shall not apply for any loan or open any line of credit or use any existing credit without prior approval of the Probation Officer.

7.   That the defendant shall maintain a personal bank account separate and apart from his wife or any other family member or person.

8.   That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9.   That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

10.  That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Advised of rights to appeal.

MITTIMUS:   Defendant to report to the U.S. Marshals Office here in Honolulu today at 4:00 p.m.

Submitted by:   Dottie Miwa, Courtroom Manager