AO 245B  (Rev. 6/05) Judgment in a Criminal Case
         Sheet 2 - Imprisonment

CASE NUMBER:     1:03CR00332-001                        Judgment - Page 2 of 6
DEFENDANT:       YOSHIKI FUJIMOTO



# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 3 MONTHS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 3 2007

[ ]   The court makes the following recommendations to the Bureau of Prisons:

at 3 o'clock and 10 min. A.M.
SUE BEITIA, CLERK

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[✔]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [✔] before 4:00 p.m. on 1/10/2007 .
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  2-7-07  to  FDC Honolulu
at  Honolulu, HI , with a certified copy of this judgment.

John T Rathman
WARDEN  ~~UNITED STATES MARSHAL~~

By  W. Tsai
LIE   ~~Deputy U.S. Marshal~~